# Court of Appeals
# of the State of Georgia

ATLANTA, April 28, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1799. NICHELLE TAYLOR v. KRYSTAL PADILLA.

In this civil case, the trial court entered final judgment in favor of plaintiff Krystal Padilla on February 3, 2026, and defendant Nichelle Taylor filed a motion to set aside under OCGA § 9-11-60(d). The trial court denied the motion, and Taylor filed this direct appeal on March 23, 2026. We lack jurisdiction, because an appeal from the denial of a motion to set aside under OCGA § 9-11-60(d) requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Lemcon USA Corp. v. Icon Tech. Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/28/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*